UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )<br>)   3:09-md-02100-DRH<br>)<br>)   MDL No. 2100<br>) |

**This Document Relates To:**

| | |
|---|---|
| *Hanna Abounader v. Bayer Corporation, et al.* | No. 10-cv-20084-DRH |
| *Dyanara Amaya-Stewart v. Bayer Corporation, et al.* | No. 10-cv-20083-DRH |
| *Daniela L. Delago, et al. v. Bayer Corporation, et al.* | No. 10-cv-20025-DRH |
| *Kristin Mahr, et al. v. Bayer Corporation, et al* | No. 10-cv-20023-DRH |
| *Shawna Sharp v. Bayer Corporation, et al.* | No. 10-cv-20086-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 30, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
Deputy Clerk

**Dated:**  June 30, 2014

Digitally signed by
David R. Herndon
Date: 2014.06.30
14:51:31 -05'00'

**APPROVED:**
**CHIEF JUDGE**
**U. S. DISTRICT COURT**